1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIELLE MACY STEEL,

11            Plaintiff,                    No. CIV S-07-2528 LKK EFB PS

12        vs.

13   SACRAMENTO COUNTY; YOLO
     COUNTY,
14
             Defendants.                    ORDER
15   _____/

16        This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by

17   Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On

18   December 3, 2007, the undersigned issued an order dismissing plaintiff's complaint and granting

19   plaintiff thirty days to file an amended complaint.  Dckt. No. 7.  Plaintiff failed to file an

20   amended complaint or otherwise respond to the December 3, 2007 order; therefore, on January

21   10, 2008, the undersigned issued findings and recommendations which recommended that the

22   action be dismissed for failure to prosecute.  Dckt. No. 12.  On February 26, 2008, the assigned

23   district judge adopted that recommendation, dismissed the action, closed the case, and entered

24   judgment accordingly.  Dckt. Nos. 14, 15.

25        Notwithstanding that judgment, on September 8, 2010, plaintiff filed a notice of change

26   of address, and a letter to the court.  Dckt. Nos. 16, 17.  Plaintiff's recent filings do not constitute

1

proper requests for reconsideration or appeal of the February 26, 2008 order or judgment.
Therefore, the documents will be disregarded.  Plaintiff is advised that the court will disregard
and issue no response to any future filings in this closed case.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that

1.  Plaintiff's September 8, 2010 filings, Dckt. Nos. 16 and 17, are disregarded; and

2.  The Clerk of the Court is directed to serve a copy of this order on plaintiff at the
current address provided by plaintiff on September 8, 2010.

SO ORDERED.

DATED:  September 13, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE